**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

IN RE:

    William E. Finley and                                Case No. 10-46012
     Billie C. Finley                                    Chapter 13
                                                           Judge: Eugene R. Wedoff

                        Debtors,
_____/

Potestivo & Associates, P.C.
Keith H. Werwas (ARDC#6291042)
Kimberly J. Goodell (ARDC#6305436)
Ashley K. Rasmussen (ARDC#6308095)
Caleb J. Halberg (ARDC#6306089)
223 W. Jackson Blvd., Suite 610
Chicago, Illinois 60606
Telephone: (312) 263-0003
Main Fax: (312) 263-0002
Cook County Firm ID #: 43932
DuPage County Firm ID #: 223623
Attorneys for: Ocwen Loan Servicing, LLC
Our File No.:  C15-26281

**Janna L Quarless**
The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
(312)256-8717
Email: jquarless@semradlaw.com
_____/

**RESPONSE TO TRUSTEE'S NOTICE OF FINAL CURE PAYMENT**

     NOW COMES Ocwen Loan Servicing, LLC as servicer for Deutsche Bank National Trust Company, as Trustee for Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2005-W5 (herein "Creditor"), by and through their attorney, Potestivo & Associates, P.C., and states the following as their response agreeing with the Trustee's Notice of Final Cure Payment that was filed on July 22, 2015:

1. The Debtors filed their bankruptcy petition on January 8, 2013.
2. The Trustee filed the Notice of Final Cure Payment pursuant to Rule 3002.1 on July 22, 2015.
3. Creditor agrees with the Notice of Final Cure Payment and Completion of Plan Payments.

Date:  August 10, 2015                      /s/ Caleb J. Halberg
                                                       Potestivo & Associates, P.C.
                                                       Caleb J. Halberg (ARDC#6306089)
                                                       223 W. Jackson Blvd., Suite 610
                                                       Chicago, Illinois 60606
                                                       Telephone: (312) 263-0003
                                                       Main Fax: (312) 263-0002
                                                       Cook County Firm ID #: 43932
                                                       DuPage County Firm ID #: 223623
                                                       Attorneys for Ocwen Loan Servicing, LLC
                                                       Our File No. C15-26281

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

IN RE:

    William E. Finley and                          Case No. 10-46012
      Billie C. Finley                                Chapter 13
                                                            Judge: Eugene R. Wedoff

                             Debtors,
_____/

Potestivo & Associates, P.C.
Keith H. Werwas (ARDC#6291042)
Kimberly J. Goodell (ARDC#6305436)
Ashley K. Rasmussen (ARDC#6308095)
Caleb J. Halberg (ARDC#6306089)
223 W. Jackson Blvd., Suite 610
Chicago, Illinois 60606
Telephone: (312) 263-0003
Main Fax: (312) 263-0002
Cook County Firm ID #: 43932
DuPage County Firm ID #: 223623
Attorneys for: Ocwen Loan Servicing, LLC
Our File No.:  C15-26281

**Janna L Quarless**
The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
(312)256-8717
Email: jquarless@semradlaw.com
_____/

**AFFIDAVIT OF SERVICE**

     I, Cathy Scanlan, state that on the 10th day of August 2015, I served a copy of the Response to the Notice of Final Cure and Affidavit of Service of same upon the below listed parties:

| | |
|---|---|
| William E. & Billie C. Finley | Janna L Quarless |
| 3500 Fountainbleau Dr | 20 S. Clark Street, 28th Floor |
| Hazel Crest, IL 60429 | Chicago, IL 60603 |
| | |
| Office of the U.S. Trustee | David P Leibowitz, ESQ |
| 219 S Dearborn St, Room 873 | Leibowitz Law Center |
| Chicago, IL 60604 | 420 Clayton Street |
| | Waukegan, IL 60085-4232 |

By placing same in a well sealed envelope, by first class mail, with the proper prepaid postage thereon and depositing same in a United States Mail receptacle in the City of Rochester Hills, State of Michigan to Debtor and via CM-ECF electronic filing to the Debtors' Attorney and the Trustee, and the U.S. Trustee

                                                          */s/  Cathy Scanlan*
                                                          Cathy Scanlan